IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHNNY ALFRED YOUNGBLOOD,

    Plaintiff,

v.        CASE NO. 4:04-cv-00442-MP-AK

LARRY CAMPBELL,
EDWARDS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice. No objections have been filed, and the time for doing so has passed. The plaintiff failed to comply with multiple orders to pay the initial filing fee in a timely manner, and has otherwise failed to appropriately respond to the Court's orders. Thus, although he submitted untimely payment of the partial filing fee well after the deadline, his case is susceptible to dismissal for failing to follow the order of the Court, or communicate with the Court, for nearly six months.

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is dismissed without prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *23rd*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge